

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.   16 cr 503

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: __Philadelphia__                County:   __Philadelphia__

City and State of Defendant:   __Ontario, Canada__

County: _____

Register number:  __N/A__

Place of accident, incident, or transaction:    Eastern District of Pennsylvania

Post Office: Philadelphia           County:   __Philadelphia__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:  YES
Case Number:  2:16-cv-05176-ER        D. Ct. Judge:  Eduardo Robreno

CRIMINAL:  (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.   ◯ Antitrust
2.   ◯ Income Tax and other Tax Prosecutions
3.   ◯ Commercial Mail Fraud
4.   ◯ Controlled Substances
5.   ◯ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6.   ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES):
8 U.S.C. §§ 1343, 1349 (wire fraud - 9 counts); 18 U.S.C. § 371 (conspiracy – 1 count); 15 U.S.C. §§ 78j(b). 78ff and 17 C.F.R. § 240.10b-5 (securities fraud – 1 count)
18 U.S.C. § 2 (aiding and abetting)

DATE:  12/7/16

Patrick J. Murray
Assistant United States Attorney

File No. 2015R00993/*U.S. v. Dino Paolucci*