

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Patrick J Murray*
*Direct Dial (215) 861-8456*
*Facsimile (215) 861-8618*
*E-mail Address patrick.j.murray@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106 4476*
*(215) 861-8200*

August 20, 2018

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

**FILED**
**AUG 20 2018**
KATE BARKMAN, Clerk
By_____Dep. Clerk

Re:   United States v. Dino Paolucci, Crim. No. 16-503

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on December 8, 2016.

Very truly yours,

WILLIAM M. MCSWAIN
United States Attorney

Patrick J. Murray
Assistant United States Attorney