CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: <u>4:18–mj–01323</u>–1
### *Internal Use Only*

ED PA 16-cr-503

| | |
|---|---|
| Case title: USA v. Paolucci | Date Filed: 08/20/2018 |
| Other court case number: 2:16cr503 Pennsylvania Eastern District Court – Philadelphi | Date Terminated: 08/22/2018 |

Assigned to: Magistrate Judge Christina A Bryan

**Defendant (1)**

**Dino Paolucci**  represented by  **Ashley Louise Kaper**
*TERMINATED: 08/22/2018*  

Federal Public Defender's Office
440 Louisiana St.
No. 1350
Houston, TX 77002
713–718–4600
Email: ashley_kaper@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1343,1349 Wire Fraud;18:371 Conspiracy; 15:78, 17CFR240; Securities Fraud; 18:2 Aiding & | |

Abetting;

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/20/2018 | 1 | 4 | Copy of Indictment from the Pennsylvania Eastern District Court – Philadelphia Division 2:16cr503 as to Dino Paolucci, filed.(kmurphyadi, 4) (Entered: 08/20/2018) |
| 08/20/2018 | | 33 | Arrest (Rule 40) of Dino Paolucci. (kmurphyadi, 4) (Entered: 08/20/2018) |
| 08/20/2018 | | 31 | ***Set Hearing as to Dino Paolucci: Initial Appearance – Rule 40 set for 8/20/2018 at 10:00 AM before Magistrate Judge Christina A Bryan (kmurphyadi, 4) (Entered: 08/20/2018) |
| 08/20/2018 | | 32 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 8/20/2018 before Magistrate Judge Christina A Bryan as to Dino Paolucci. Defendant first appearance on Indictment from the Pennsylvania Eastern District Court 2:16–cr–503 and advised of rights/charges. Defendant appeared without counsel, Defendant requests appointed counsel, Financial affidavit executed. Order appointing FPD for limited purpose, Order of Temporary Detention Pending Hearing to be entered,. Status Conference set for 8/22/2018 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy Appearances: AUSA Edward Gallagher f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: F. Troiani) Defendant remanded to custody, filed.(cjan, 4) (Entered: 08/20/2018) |
| 08/20/2018 | 2 | 34 | Sealed Financial Affidavit CJA 23 by Dino Paolucci, filed. (Entered: 08/20/2018) |
| 08/20/2018 | 3 | 35 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSE. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 08/20/2018) |
| 08/20/2018 | 4 | 36 | Order of Temporary Detention Pending Hearing as to Dino Paolucci Status Conference set for 8/22/2018 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 08/20/2018) |
| 08/21/2018 | | 37 | NOTICE OF ATTORNEY APPEARANCE Ashley Louise Kaper, Federal Public Defender, in case as to Dino Paolucci, filed.(Kaper, Ashley) (Entered: 08/21/2018) |
| 08/22/2018 | 6 | 38 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: Status Conference as to Dino Paolucci held on 8/22/2018. Defendant Remanded to Originating District. Court finds Identity. Appearances:Ed Gallagher. Ashley Louise Kaper.(ERO:S. Gueverra) (Interpreter:no) Deft remanded to custody, filed.(gkelner, 4) (Entered: 08/24/2018) |
| 08/22/2018 | 7 | 39 | WAIVER of Rule 5 & 5.1 Hearings by Dino Paolucci, filed.(gkelner, 4) (Entered: 08/24/2018) |
| 08/22/2018 | 8 | 40 | COMMITMENT TO ANOTHER DISTRICT as to Dino Paolucci. Defendant |

|  |  |  | committed to Eastern District of Pennsylvania ( Signed by Magistrate Judge Frances H Stacy) Parties notified. (gkelner, 4) (Entered: 08/24/2018) |
|---|---|---|---|
| 08/24/2018 | 5 |  | Pretrial Services Report (Sealed) as to Dino Paolucci, filed. (jking, 4) (Entered: 08/24/2018) |

AO 442 (Rev. 11/11) Arrest Warrant

FBI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
DINO PAOLUCCI

Case No. 16cr503

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DINO PAOLUCCI
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1343, 1349 - WIRE FRAUD - 9 COUNTS
18:371 - CONSPIRACY - 1 COUNT
15:78j(b), 78ff AND 17 C.F.R.:240.10b-5 - SECURITIES FRAUD - 1 COUNT
18:2 - AIDING AND ABETTING

Date: 12/08/2016

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state: PHILA., PA.

LUCY V. CHIN, INTERIM CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:18–mj–01323 |
| § | |
| Dino Paolucci § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Dino Paolucci, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Pennsylvania Eastern District Court, Philadelphia Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: Federal Public Defender

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on August 20, 2018.

_____
Christina A. Bryan
United States Magistrate Judge

35

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:18–mj–01323 |
| § | |
| Dino Paolucci § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Status Conference
August 22, 2018 at 10:00 AM
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 20, 2018

_____
Christina A. Bryan
United States Magistrate Judge

Case 2:16-cr-00503-BR Document 65 Filed 08/27/18 Page 7 of 9

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-22-18
_____, CLERK
BY DEPUTY

**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter None  ERO  S Garcia
USPT/USPO _____  OPEN 10:01 ADJOURN 10:05
☑ OTHER DISTRICT ☐ DIVISION E/D Penn  THEIR CASE# 2:16CR503

**PROCEEDING HELD:**
☐ Initial Appearance        ☐ Counsel Determination Hearing    ☑ Status Hearing
☐ Bond Hearing              ☐ Identity                         ☐ Hearing Continued on_____
☐ Detention Hearing         ☐ Preliminary Hearing              ☐ Other_____

CASE NUMBER CR H- 18-1323M

USA VS.  Dino Paolucci

AUSA  Ed Gallagher
      Ashley Kaper

☐ Date of arrest_____  ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
                                                   Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared     ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked          ☐ Bond reinstated        ☐ Bond Continued
☑ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

☑ Defendant_____Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☐ Probable Cause   ☑ Identity

☐ Defendant(s)_____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment        ☐ Counsel Determination Hearing      ☐ Identity Hearing
    ☐ Detention Hearing  ☐ Preliminary Hearing                ☐ Final Revocation Hearing

38

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-H-18-1323M |
| Dino Paolucci | ) | Charging District's Case No. (2:16CR503) |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of PA - Philadelphia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/22/2018

*Defendant's signature*

*Signature of defendant's attorney*

39

ENTERED
August 24, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of TEXAS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. CR-H-18-1323M |
| | ) |
| DINO PAOLUCCI | ) Charging District's |
| *Defendant* | ) Case No. 2:16CR503 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **EASTERN** District of **PENNSYLVANIA**.

The defendant may need an interpreter for this language: _____.

The defendant: [X] will retain an attorney.

[ ] requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 8/22/2018

*Judge's signature*

FRANCES H. STACY UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

( ) Government moved for detention and Defendant detained after a hearing in District of arrest.

(X) Government moved for detention and Defendant detained pending a detention hearing in District of offense.

( ) Bail fixed at _____ and conditions not met.

( ) Other (specify)

40