IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 7/31/2019 |
| vs. | | |
| DINO PAOLUCCI<br>5801 MORRIS STREET<br>UNIT B<br>PHILADELPHIA, PA 19144 | : | Criminal No. 16-503 |

**TAKE NOTICE** that the above-entitled case has been set for **Change of Plea Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **September 6, 2019** at **2:30 p.m.** before the **Honorable Eduardo C. Robreno** in **Courtroom 15A, 15th floor**.

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT ON OR BEFORE AUGUST 30, 2019.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THEN BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately, so that the necessary procedures can be taken to have the defendant present in the Courtroom

Very truly yours,

 s/Ronald Vance
Ronald Vance
Deputy Clerk to Hon. Eduardo C. Robreno

☐ **INTERPRETER REQUIRED**
☐ **THIS PROCEEDING HAS BEEN RESCHEDULED FROM**

**Notice to:**
Defendant (Mail)
Irving Cohen, Defense Counsel  (via email)
Susan Lin, Defense Counsel  (via email)
Judy Smith, AUSA (via email)
Patrick Murray, AUSA (via email)
U.S. Marshal (via email)
Probation Office (via email)
Pretrial Services (via email)
Interpreter Coordinator  (via email)