IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-503 |
| vs. | | |
| | : | CHARGE: See Indictment/Information |
| DINO PAOLUCCI | : | STATUTE: |
| | | |
| 5801 MORRIS STREET | : | GUIDELINE CASE X |
| Unit B | | |
| Address | | |
| PHILADELPHIA, PA 19144 | : | ON BAIL X     IN CUSTODY ☐ |
| City    State    Zip | | |
| | : | PROSECUTOR ___ |

## ABSTRACT OF ORDER FOR PRESENTENCE INVESTIGATION

TO THE ABOVE-NAMED DEFENDANT:

On **September 6, 2019**, upon your **plea** to Count(s) 22,23,24 and 25, **Judge Robreno** has ordered that a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

You are directed to appear for **sentencing** on **December 10, 2019** at **9:00 a.m.** in **Courtroom 15A** of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice. If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

☐ The following evaluations are also ordered: ☐ drug    ☐ alcohol    ☐ psychiatric    ☐ other

☐ If margin block is checked, the Court is directing the U.S. Pretrial Services Office not to release its case file information or other documents to the Probation Office pursuant to Title 18, U.S.C., § 3153(c)(2)(C).

9/6/19       s/Ronald Vance
Date            Deputy Clerk

cc:    Probation Office at PAEPdb_Abstracts
       Pretrial Services at Noticesedpa_pretrialservices@paept.uscourts.gov
       Irving Cohen, Defense Counsel (via e-mail)
       Susan Lin, Defense Counsel (via e-mail)
       Patrick Murray, AUSA (via e-mail)