**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**

Law Offices
The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

Phone (215) 925-4400
Fax (215) 925-5365
slin@krlawphila.com

www.krlawphila.com

David Rudovsky
Paul Messing
Jonathan H Feinberg
Susan M Lin
Ilene Kalman (1985-1996)
David Kairys
Of Counsel
Tanya Alexander
Office Manager

December 5, 2019

Order
Request is Approved

The Honorable Eduardo C. Robreno
Senior United States District Court Judge
United States Courthouse
601 Market St., Rm 15614
Philadelphia, PA 19106
*Via email: Ronald_Vance@paed.uscourts.gov*

Re: ***United States v. Dino Paolucci,*** **No. 16-cr-503**

Dear Judge Robreno: 12/5/2019 [signature] J.

Sentencing in the above captioned-matter is scheduled for December 10, 2019. In preparation, I have made an appointment with Mr. Paolucci in my office today at 4:30 pm. Mr. Paolucci is on electronic monitoring and permitted out of his home between 9 am and 5 pm only.

I request that the Court allow Mr. Paolucci to remain out for a later period today so that he can come to my office for this legal appointment. The late afternoon time slot is the only time that will accommodate all the schedules of those who need to be present.

Mr. Paolucci's Pretrial Services Officer, Tara Sawicki, has indicated that Pretrial Services is willing to allow Mr. Paolucci to remain out past his 5 pm curfew today, for purposes of a legal appointment, provided that the Court provide verbal authorization. Therefore I request that the Court authorize, possibly via a phone call or email from Chambers to Pretrial Services, this request for Mr. Paolucci to come to my office at 4:30 pm and stay out past his 5 pm curfew for purposes of this legal appointment. until such time as fixed by pretrial services.

Thank you in advance for your consideration.

Sincerely yours,

*/s/ Susan M. Lin*

Susan M. Lin

Cc: Pretrial Services Officer Tara Sawicki (Tara_Sawicki@paept.uscourts.gov)