IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 16-503 |
| DINO PAOLUCCI | : |

## ORDER

And now, this 10 day of December 2019, upon consideration of the Government's Motion to Dismiss Counts, it is hereby

ORDERED

that the governments motion is GRANTED, and that Counts 1 through 21 and Count 26 of the superseding indictment are hereby dismissed.

BY THE COURT:

HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-503 |
| DINO PAOLUCCI | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNTS

Comes now, the United States of America, by its attorneys William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Patrick J. Murray and Judy Smith, Assistant United States Attorneys for the district, and states as follows in support of its motion to dismiss Counts 1 through 21 and Count 26 of the superseding indictment in the captioned case:

1. The defendant has pled guilty pursuant to a plea agreement to Counts 22, 23, 24 and 25.

Wherefore, the government asks that this motion be GRANTED.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


*/s/ Judy Smith*
JUDY SMITH
PATRICK J. MURRAY
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Dismiss Counts was served by hand delivery or electronic mail on Susan Lin Esq. and Irving Cohen, Esq., attorneys for the defendant.

*/s/ Judy Smith*
JUDY SMITH
Assistant United States Attorney

Date: December 10, 2019