IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>DINO PAOLUCCI | CRIMINAL ACTION<br><br>NO. 16-503 |
|---|---|

**O R D E R**

  Pro Se Petitioner has moved for a sentencing modification for compassionate release and also under 18 U.S.C. § 3582(c)(1)(A).  The Government has filed an opposition.  For the reasons stated in the Government's opposition, which are accurate as to the nature of the crime committed by Defendant and the circumstances of his incarceration, Petitioner does not present a compelling case for compassionate release at this time.

  As to the sentence reduction under Section 3582(c)(2), although the Petitioner does qualify for this relief because he had zero criminal history, the circumstances of his crime warrant the Court denying relief.  Defendant was a leader of a very sophisticated fraud, resulted in losses to innocent victims of over $25 million.  For these reasons, the Defendant's motion for sentencing modification (ECF 74) is DENIED.

**BY THE COURT:**

/s/  Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

**Dated:  January 5, 2024**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\16-503 denial comp release.docx